UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL T. LIMPIN, | ) Civil No. 08cv1394-JM(RBB) |
| Plaintiff, | ) ORDER DIRECTING MARSHAL TO |
| | ) EFFECT SERVICE OF PROCESS |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

    On July 31, 2008, Plaintiff Karl T. Limpin filed a Complaint [doc. no. 1] asserting that Defendant improperly calculated Plaintiff's Supplemental Security Income and Title II disability insurance benefits.  Limpin was granted leave to proceed in forma pauperis on August 5, 2008 [doc. no. 4].

    Because Plaintiff is proceeding in forma pauperis, he is entitled to have the summons and Complaint in his case served by the United States Marshal.  Puett v. Blandford, 912 F.2d 270, 273 (9th Cir. 1990) (citing Romandette v. Weetabix Co., 807 F.2d 309, 310 n.1 (2d Cir. 1986)); see also Fed. R. Civ. P. 4(c)(2)(B)(i). The "officers of the court shall issue all service of process."  28 U.S.C. § 1915(a)(1).

1    Therefore, IT IS HEREBY ORDERED that the United States Marshal
2 shall serve a copy of the Complaint, summons, and Order Granting <u>In</u>
3 <u>Forma</u> <u>Pauperis</u> Status upon Defendant as directed by Plaintiff on
4 U.S. Marshal Form 285.  <u>See</u> <u>id.</u> § 1915(d).  All costs of service
5 shall be advanced by the United States.
6    Plaintiff shall serve on Defendant or, if appearance has been
7 entered by counsel, on Defendant's counsel, a copy of every further
8 pleading or document submitted for consideration by the Court.
9 Plaintiff shall include with the original paper to be filed with
10 the Clerk of Court a certificate stating the manner in which a true
11 and correct copy of any document was served on Defendant or counsel
12 for Defendant and the date of service.
13    **IT IS SO ORDERED.**

DATED:  August 13, 2008

_Ruben Brooks_
Ruben B. Brooks
United States Magistrate Judge

cc:  Judge Miller
     All Parties