UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED
08 AUG 19 PM 3:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Miller
FROM: K. Hammerly, Deputy Clerk   RECEIVED DATE: 8/11/2008
CASE NO.: 08cv1394   DOCUMENT FILED BY: Plaintiff Limpin
CASE TITLE: Limpin v. Astrue
DOCUMENT ENTITLED: Motion to Supplement Complaint Dated July 31, 2008

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☒ |  | OTHER: Amended complaint must be complete in itself. |

Date forwarded: 8/11/2008

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: 8/19/08   By: ___
cc: All Parties,
FILER

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

KARL T. LIMPIN
3710 Wabash Avenue, Apt. #314, San Diego, CA 92104-3970
Social Security Number: 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
Phone Number: (619) 729-4565

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL T. LIMPIN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration<br><br>Defendant | CASE NO. 08cv1394 JM (RBB)<br><br>MOTION TO SUPPLEMENT COMPLAINT DATED JULY 31, 2008<br><br>Federal Rules of Civil Procedure 15(d) |

Plaintiff hereby moves and supplements Complaint dated July 31, 2008, Federal Rules of Civil Procedure ("FRCP") 15(d), and respectfully requests this Honorable ("Hon.") Court to order that this Supplemental Pleading be also served to defendant, 28 U.S.C. §1915.

Plaintiff hereby supplements Complaint and as Third Cause for Action alleges as follows:

**THIRD CAUSE OF ACTION**
Alleged Deprivation of Constitutional V Amendment Rights of life, liberty, or property without due process of law

In view of the allegations in the First and Second Causes of Action to the Complaint, plaintiff alleges that due to the Commissioner improperly calculates SSI benefit amounts by implementing SSI Federal *"maximum"* benefits shown in Attachment H to the Complaint attributed by 20 Code of Federal Regulations ("CFR") §416.410 *entitled* "Amount of Benefits but *reads* as Cost of Living Adjustments

1

