# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 AUG 19 PM 3:13
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Miller
FROM: K. Hammerly,   Deputy Clerk          RECEIVED DATE: 8/11/2008
CASE NO.: 08cv1394           DOCUMENT FILED BY: Plaintiff Limpin
CASE TITLE: Limpin v. Astrue
DOCUMENT ENTITLED: Motion for Court Certification Order of Class Action and Motion for Appointment of

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| X | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | OTHER: | - No proof of service.<br>- No identified hearing date. LR 7.1(b) |

Date forwarded: 8/11/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐  The document is to be filed nunc pro tunc to date received.

☒  The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: JEFFREY T. MILLER

Dated: _____    By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1  KARL T. LIMPIN
2  3710 Wabash Avenue, Apt. #314, San Diego, CA 92104-3970
   Social Security Number: 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
3  Phone Number: (619) 729-4565

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL T. LIMPIN, on behalf of himself and all others similarly situated ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) MICHAEL J. ASTRUE, Commissioner of ) the Social Security Administration ) ) ) Defendant ) ) _____ ) | CASE NO. 08cv1394 JM (RBB)<br><br>**MOTION FOR COURT CERTIFICATION ORDER OF CLASS ACTION**<br><br>28 U.S.C. §1332<br><br>**AND**<br><br>**MOTION FOR APPOINTMENT OF COUNSEL SUBSEQUENT TO CERTIFICATION OF CLASS ACTION**<br><br>Federal Rules of Civil Procedure 23(g)(1) |

    Plaintiff LIMPIN, hereby respectfully resubmits a motion for certification order of a class action for all California Aged, Blind and Disabled citizens versus defendant, Mr. Michael J. Astrue, Commissioner of the Social Security Administration pursuant to 28 U.S.C. §1332(a)(1), and Federal Rules of Civil Procedure ("FRCP") 23(c)(1)(A).

    Interalia, plaintiff LIMPIN alleges that the Chambers of the Honorable ("Hon.") Jeffrey T. Miller *"inadvertently"* misconstrued plaintiff's motion for appointment of counsel and certification order dated July 31, 2008 for class action based on another motion for In Forma Pauperis under 28 U.S.C. §1915(e)(1)

